**Exhibit D - Claim Chart for U.S. Patent No. 12,377,343
Defendants' Rotating Puzzle Boards**

Defendants' rotating puzzle boards, which include at least the 1000 Pieces Rotating Puzzle Board with Multi-Color Drawers (*see, e.g.* https://www.amazon.com/dp/B0DH3D7PW1?th=1; https://playboda.com/collections/spin-series/products/1000pcs-rotating-puzzle-board-multicolor; https://www.wayfair.com/furniture/pdp/playboda-1000-piece-rotating-puzzle-board-with-4-colorful-drawers-and-protective-mat-30-22-puzzle-tablethe-perfect-accessory-and-gift-for-puzzle-enthusiasts-fayb1020.html; https://share.temu.com/uch7d8tCTyC), the 1500 Pieces Rotating Puzzle Board with Gray Drawers (*see, e.g.,* https://www.amazon.com/dp/B0C7QFLV8L?th=1, https://playboda.com/collections/spin-series/products/1500pcs-rotating-puzzle-board-gray; https://www.wayfair.com/furniture/pdp/playboda-1500-pcs-rotating-puzzle-board-with-drawers-and-cover-35x27-portable-jigsaw-puzzle-table-fayb1003.html; https://www.tiktok.com/shop/pdp/rotating-puzzle-board-by-playboda-1500-pieces-with-drawers-and-cover/1729598653966029654) and the 1500 Pieces Rotating Puzzle Board with Multi-Color Drawers (*see, e.g.* https://www.amazon.com/dp/B0CQSZMJBS?th=1; https://www.amazon.com/dp/B0F8C1S25B; https://playboda.com/collections/spin-series/products/1500pcs-rotating-puzzle-board-multicolor) ("Accused Rotating Puzzle Board Products") infringe at least claim 23 of the '343 Patent. Aside from variations in size and color, each of the Accused Rotating Puzzle Board Products has the same structure and so infringes for the same reasons as set forth below.

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| [23pre] A puzzle platform, comprising: | The Accused Rotating Puzzle Board Products are a puzzle platform. *See, e.g.*: |

1

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| |  |

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| [23a] a puzzle board; | The Accused Rotating Puzzle Board Products include a puzzle board. *See, e.g.*: |
| [23b] a reinforcing assembly supporting the puzzle board and integral with the puzzle board to form a one-piece structure; | The Accused Rotating Puzzle Board Products include a reinforcing assembly supporting the puzzle board and integral with the puzzle board to form a one-piece structure. *See, e.g*: |

3

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| [23c] a rotating assembly coupled with the reinforcing assembly; | The Accused Rotating Puzzle Board Products include a rotating assembly coupled with the reinforcing assembly. *See, e.g.*: |
| [23d] a receiving space formed by the puzzle board in cooperation with the reinforcing assembly; and | The Accused Rotating Puzzle Board Products include a receiving space formed by the puzzle board in cooperation with the reinforcing assembly. *See, e.g.*: |

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| [23e] at least two puzzle drawers retained in the receiving space, respectively; | The Accused Rotating Puzzle Board Products have at least two puzzle drawers retained in the receiving space. *See, e.g.*:<br><br><br><br> |

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| [23f] wherein the puzzle platform further comprises a fixing element; the fixing element comprises a fixing screw and a fixing hole engaged with the fixing screw to secure the rotating assembly to the reinforcing assembly; | In the Accused Rotating Puzzle Board Products, the puzzle platform further comprises a fixing element; the fixing element comprises a fixing screw and a fixing hole engaged with the fixing screw to secure the rotating assembly to the reinforcing assembly. *See, e.g.*:<br><br>Fixing element<br><br>Fixing screw<br><br>Fixing hole |

6

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating Puzzle Board Product |
|---|---|
| [23g] wherein the reinforcing assembly comprises a coupling portion that integrally extends from the puzzle board and comprises a coupling hole; and | In the Accused Rotating Puzzle Board Products, the reinforcing assembly comprises a coupling portion that integrally extends from the puzzle board and comprises a coupling hole. *See, e.g.*: |
| [23h] wherein the coupling hole is cooperated with the fixing hole to be engaged with the fixing screw. | In the Accused Rotating Puzzle Board Products, the coupling hole is cooperated with the fixing hole to be engaged with the fixing screw. *See, e.g.*: |