**Exhibit E - Claim Chart for U.S. Patent No. 12,377,343**
**Defendants' Rotating and Tilting Puzzle Boards**

Defendants' rotating and tilting puzzle boards, including at least the 1500 Pieces 2-in-1 Rotating & Tilting Puzzle Board (*see, e.g.,* https://www.amazon.com/dp/B0G3Q1B5LM; https://www.amazon.com/dp/B0GRV94MNF; https://www.amazon.com/dp/B0FD3CBQRH; https://www.wayfair.com/furniture/pdp/playboda-1500-piece-2-in-1-rotating-tilting-puzzle-board-with-drawers-35x27-spinning-puzzle-table-with-protective-cover-fayb1011.html; https://www.wayfair.com/furniture/pdp/playboda-1500-pieces-tilting-rotating-puzzle-board-with-drawers-and-cover-35x27-portable-spinning-plastic-jigsaw-puzzle-table-upgraded-lazy-susan-fayb1018.html; https://playboda.com/collections/comfort-series-tilting-rotating-puzzle-tables/products/1500-piece-rotating-tilting-puzzle-table-with-drawers-and-cover-playboda; https://shop.tiktok.com/us/pdp/welgee-1500-piece-puzzle-board-35x27-inch-waterproof/1731999145547043670; https://www.tiktok.com/shop/pdp/welgee-1500-piece-puzzle-board-35x27-inch-waterproof/1731999145547043670?source=product_detail&enter_method=url_semantic_301; https://www.tiktok.com/shop/pdp/rotating-tilting-puzzle-board-for-1500-piece-puzzles/1731734153797669495; https://www.tiktok.com/t/ZT9N8RSAAYPpm-ci6fY/)  ("Accused Rotating and Tilting Products") infringe at least claim 23 of the '343 Patent.

1

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23pre] A puzzle platform, comprising: | The Accused Rotating and Tilting Products are a puzzle platform. *See, e.g.*: |

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23a] a puzzle board; | The Accused Rotating and Tilting Products include a puzzle board. *See, e.g.*: |

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23b] a reinforcing assembly supporting the puzzle board and integral with the puzzle board to form a one-piece structure; | The Accused Rotating and Tilting Products include a reinforcing assembly supporting the puzzle board and integral with the puzzle board to form a one-piece structure. *See, e.g:* |
| [23c] a rotating assembly coupled with the reinforcing assembly; | The Accused Rotating and Tilting Products include a rotating assembly coupled with the reinforcing assembly. *See, e.g.:* |

4

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23d] a receiving space formed by the puzzle board in cooperation with the reinforcing assembly; and | The Accused Rotating and Tilting Products include a receiving space formed by the puzzle board in cooperation with the reinforcing assembly. *See, e.g.*:<br><br> |

5

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23e] at least two puzzle drawers retained in the receiving space, respectively; | The Accused Rotating and Tilting Products have at least two puzzle drawers retained in the receiving space. *See, e.g.*: |

6

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23f] wherein the puzzle platform further comprises a fixing element; the fixing element comprises a fixing screw and a fixing hole engaged with the fixing screw to secure the rotating assembly to the reinforcing assembly; | In the Accused Rotating and Tilting Products, the puzzle platform further comprises a fixing element; the fixing element comprises a fixing screw and a fixing hole engaged with the fixing screw to secure the rotating assembly to the reinforcing assembly. *See, e.g.*: |

| U.S. Patent No. 12,377,343, Claim 23 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [23g] wherein the reinforcing assembly comprises a coupling portion that integrally extends from the puzzle board and comprises a coupling hole; and | In the Accused Rotating and Tilting Products, the reinforcing assembly comprises a coupling portion that integrally extends from the puzzle board and comprises a coupling hole. *See, e.g.*: <br><br> |
| [23h] wherein the coupling hole is cooperated with the fixing hole to be engaged with the fixing screw. | In the Accused Rotating and Tilting Products, the coupling hole is cooperated with the fixing hole to be engaged with the fixing screw. *See, e.g.*: <br><br> |

8