**Exhibit F - Claim Chart for U.S. Patent No. 12,239,914**
**Defendants' Rotating and Tilting Puzzle Boards**

Defendants' rotating and tilting puzzle boards, including at least the 1500 Pieces 2-in-1 Rotating & Tilting Puzzle Board (*see, e.g.,* https://www.amazon.com/dp/B0G3Q1B5LM; https://www.amazon.com/dp/B0GRV94MNF; https://www.amazon.com/dp/B0FD3CBQRH; https://www.wayfair.com/furniture/pdp/playboda-1500-piece-2-in-1-rotating-tilting-puzzle-board-with-drawers-35x27-spinning-puzzle-table-with-protective-cover-fayb1011.html; https://www.wayfair.com/furniture/pdp/playboda-1500-pieces-tilting-rotating-puzzle-board-with-drawers-and-cover-35x27-portable-spinning-plastic-jigsaw-puzzle-table-upgraded-lazy-susan-fayb1018.html; https://playboda.com/collections/comfort-series-tilting-rotating-puzzle-tables/products/1500-piece-rotating-tilting-puzzle-table-with-drawers-and-cover-playboda; https://shop.tiktok.com/us/pdp/welgee-1500-piece-puzzle-board-35x27-inch-waterproof/1731999145547043670; https://www.tiktok.com/shop/pdp/welgee-1500-piece-puzzle-board-35x27-inch-waterproof/1731999145547043670?source=product_detail&enter_method=url_semantic_301; https://www.tiktok.com/shop/pdp/rotating-tilting-puzzle-board-for-1500-piece-puzzles/1731734153797669495; https://www.tiktok.com/t/ZT9N8RSAAYPpm-ci6fY/) ("Accused Rotating and Tilting Products") infringe at least claims 1 and 24 of the '914 Patent.

| U.S. Patent No. 12,239,914, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1pre]. A puzzle platform for placing on a playing place, comprising: | The Accused Rotating and Tilting Products are a puzzle platform. *See, e.g.*: |

2

| U.S. Patent No. 12,239,914, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1a] a puzzle board having a puzzle plate for placing a plurality of puzzle pieces thereon and at least one puzzle drawer located below the puzzle plate; | The Accused Rotating and Tilting Products include a puzzle board having a puzzle plate for placing a plurality of puzzle pieces thereon and at least one puzzle drawer located below the puzzle plate. *See, e.g.*: |

| U.S. Patent No. 12,239,914, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1b] a kickstand for supporting the puzzle board on the playing surface; | The Accused Rotating and Tilting Products include a kickstand for supporting the puzzle board on the playing surface. *See, e.g.*: |

4

| U.S. Patent No. 12,239,914, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1c] a rotating device coupled to the puzzle board and spaced apart from the kickstand; | The Accused Rotating and Tilting Products include a rotating device coupled to the puzzle board and spaced apart from the kickstand. *See, e.g.*: |
| [1d] wherein when the kickstand supports the puzzle board, the puzzle plate, the rotating device, and the puzzle drawer are inclined relative to the playing place, and the rotating device is in a non-working state; | In the Accused Rotating and Tilting Products, when the kickstand supports the puzzle board, the puzzle plate, the rotating device, and the puzzle drawer are inclined relative to the playing place, and the rotating device is in a non-working state. *See, e.g,*: |

5

| U.S. Patent No. 12,239,914, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1e] when the kickstand does not support the puzzle board, the puzzle board is capable of being rotated on the playing place via the rotating device, and the kickstand is in a non-working state; and | In the Accused Rotating and Tilting Products, when the kickstand does not support the puzzle board, the puzzle board is capable of being rotated on the playing place via the rotating device, and the kickstand is in a non-working state. *See, e.g.*: |

6

| U.S. Patent No. 12,239,914, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1f] wherein a plane in which the puzzle plate is located is defined as a projection plane, a projection of the kickstand on the projection plane and a projection of the rotating device on the projection plane do not overlap. | In the Accused Rotating and Tilting Products, wherein a plane in which the puzzle plate is located is defined as a projection plane, a projection of the kickstand on the projection plane and a projection of the rotating device on the projection plane do not overlap. *See, e.g.*:<br> |

| U.S. Patent No. 12,239,914, Claim 24 | Exemplary Accused Rotating and Tilting Products |
|---|---|
| [24pre]. A puzzle platform, comprising: | *See* claim element [1pre] |
| [24a] a puzzle board having a puzzle plate for assembling a plurality of puzzle pieces thereon and at least one puzzle drawer located below the puzzle plate; | *See* claim element [1a] |
| [24b] a kickstand for supporting the puzzle board; | *See* claim element [1b] |
| [24c] a rotating device coupled to the puzzle board and spaced apart from the kickstand; | *See* claim element [1c] |

7

| U.S. Patent No. 12,239,914, Claim 24 | Exemplary Accused Rotating and Tilting Products |
|---|---|
| [24d] wherein when the kickstand supports the puzzle board, the puzzle plate, the rotating device, and the puzzle drawer are inclined, while the rotating device is in a non-working state; | *See* claim element [1d] |
| [24e] when the kickstand does not support the puzzle board, the puzzle board is capable of being rotated on the playing place by the rotating device, while the kickstand is in a non-working state; and | *See* claim element [1e] |
| [24f] wherein the rotating device has a support surface protruded from the puzzle board; when the kickstand does not support the puzzle board, the kickstand is closer to the puzzle plate of the puzzle board than the support surface. | In the Accused Rotating and Tilting Products, the rotating device has a support surface protruded from the puzzle board; and when the kickstand does not support the puzzle board, the kickstand is closer to the puzzle plate of the puzzle board than the support surface. <br><br> Support surface |

8