**Exhibit G - Claim Chart for U.S. Patent No. U.S. Patent No. 12,491,430
Defendants' Rotating and Tilting Puzzle Boards**

Defendants' rotating and tilting puzzle boards, including at least the 1500 Pieces 2-in-1 Rotating & Tilting Puzzle Board (*see, e.g.,* https://www.amazon.com/dp/B0G3Q1B5LM; https://www.amazon.com/dp/B0GRV94MNF; https://www.amazon.com/dp/B0FD3CBQRH; https://www.wayfair.com/furniture/pdp/playboda-1500-piece-2-in-1-rotating-tilting-puzzle-board-with-drawers-35x27-spinning-puzzle-table-with-protective-cover-fayb1011.html; https://www.wayfair.com/furniture/pdp/playboda-1500-pieces-tilting-rotating-puzzle-board-with-drawers-and-cover-35x27-portable-spinning-plastic-jigsaw-puzzle-table-upgraded-lazy-susan-fayb1018.html; https://playboda.com/collections/comfort-series-tilting-rotating-puzzle-tables/products/1500-piece-rotating-tilting-puzzle-table-with-drawers-and-cover-playboda; https://shop.tiktok.com/us/pdp/welgee-1500-piece-puzzle-board-35x27-inch-waterproof/1731999145547043670; https://www.tiktok.com/shop/pdp/welgee-1500-piece-puzzle-board-35x27-inch-waterproof/1731999145547043670?source=product_detail&enter_method=url_semantic_301; https://www.tiktok.com/shop/pdp/rotating-tilting-puzzle-board-for-1500-piece-puzzles/1731734153797669495; https://www.tiktok.com/t/ZT9N8RSAAYPpm-ci6fY/) ("Accused Rotating and Tilting Products") infringe at least claim 1 of the '430 Patent.

| U.S. Patent No. 12,491,430, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1pre] A puzzle platform, comprising: | The Accused Rotating and Tilting Products are a puzzle platform. *See, e.g.*: |

2

| U.S. Patent No. 12,491,430, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1a] a puzzle board comprising:<br><br>a puzzle plate for placing a plurality of puzzle pieces thereon;<br><br>a supporting frame cooperating with the puzzle plate to form a receiving cavity and at least two drawer cavities, wherein the receiving cavity and the drawer cavities utilize different portions of the puzzle plate, respectively; and<br><br>at least two puzzle drawers received in a corresponding one of the drawer cavities; | The Accused Rotating and Tilting Products include a puzzle board comprising (i) a puzzle plate for placing a plurality of puzzle pieces thereon; (ii) a supporting frame cooperating with the puzzle plate to form a receiving cavity and at least two drawer cavities, wherein the receiving cavity and the drawer cavities utilize different portions of the puzzle plate, respectively; and (iii) at least two puzzle drawers received in a corresponding one of the drawer cavities. *See, e.g.*:<br><br><br><br> |

3

| U.S. Patent No. 12,491,430, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1b] a kickstand coupled to the puzzle board, wherein the kickstand comprises:<br><br>a pair of extending arms and each extending arm comprises:<br><br>a rotating end received in the receiving cavity and rotatable relative to the puzzle board; and<br><br>a free end opposite to the rotating end; | The Accused Rotating and Tilting Products include a kickstand coupled to the puzzle board, wherein the kickstand comprises: a pair of extending arms and each extending arm comprises: a rotating end received in the receiving cavity and rotatable relative to the puzzle board; and a free end opposite to the rotating end. *See, e.g.:*<br><br><br><br> |

| U.S. Patent No. 12,491,430, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1c] a rotating device configured for supporting the puzzle board and driving the puzzle board to be rotated; | The Accused Rotating and Tilting Products include a rotating device configured for supporting the puzzle board and driving the puzzle board to be rotated. *See, e.g.*: |
| [1d] wherein, when the kickstand supports the puzzle board on a playing place, the puzzle plate and the puzzle drawers are inclined relative to the playing surface; | In the Accused Rotating and Tilting Products, when the kickstand supports the puzzle board on a playing place, the puzzle plate and the puzzle drawers are inclined relative to the playing surface. *See, e.g,*: |

5

| U.S. Patent No. 12,491,430, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1e] wherein, when the kickstand is folded onto the puzzle board, the pair of extending arms is at least partially received in the receiving cavity; the puzzle board is configured to be rotated on the playing place via the rotating device; the free ends of the pair of extending arms are spaced apart from each other and arranged to face each other; and | In the Accused Rotating and Tilting Products, when the kickstand is folded onto the puzzle board, the pair of extending arms is at least partially received in the receiving cavity; the puzzle board is configured to be rotated on the playing place via the rotating device; the free ends of the pair of extending arms are spaced apart from each other and arranged to face each other. *See, e.g.*:<br><br> <br><br> |

| U.S. Patent No. 12,491,430, Claim 1 | Exemplary Accused Rotating and Tilting Product |
|---|---|
| [1f] the rotating end of the kickstand and the free end of the kickstand are separated from the rotating device, respectively. | In the Accused Rotating and Tilting Products, the rotating end of the kickstand and the free end of the kickstand are separated from the rotating device, respectively. *See, e.g.*: |

7